B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  **Print Harmony, LLC**                                                                 Case No.
                                        Debtor(s)                                  Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Ascentium Capital LLC<br>P O Box 301593<br>Dallas, TX 75303-1593 | Ascentium Capital LLC<br>P O Box 301593<br>Dallas, TX 75303-1593 | MBO Folding Machine | | 49,160.00<br><br>(Unknown secured) |
| Ascentium Capital LLC<br>P O Box 301593<br>Dallas, TX 75303-1593 | Ascentium Capital LLC<br>P O Box 301593<br>Dallas, TX 75303-1593 | Stienemann Coating Machine | | 39,549.18<br><br>(Unknown secured) |
| Case Paper<br>3333 NW 116th Street<br>Miami, FL 33167 | Case Paper<br>3333 NW 116th Street<br>Miami, FL 33167 | | | 101,302.17 |
| Diane Nelson, Tax Collector<br>Pinellas County<br>P. O. Box 10832<br>Clearwater, FL 33757-8832 | Diane Nelson, Tax Collector<br>Pinellas County<br>P. O. Box 10832<br>Clearwater, FL 33757-8832 | 2013 and 2014 Tangible Taxes | | 71,042.27 |
| Fujifilm<br>4424 Seaboard Road<br>Suite C<br>Orlando, FL 32808 | Fujifilm<br>4424 Seaboard Road<br>Suite C<br>Orlando, FL 32808 | | | 29,268.98 |
| Garcia & Ortiz, PA<br>888 Executive Center Drive W<br>Suite 101<br>St. Petersburg, FL 33702 | Garcia & Ortiz, PA<br>888 Executive Center Drive W<br>Suite 101<br>St. Petersburg, FL 33702 | | | 13,659.75 |
| Internal Revenue Service<br>Ogden, UT 84201-0038 | Internal Revenue Service<br>Ogden, UT 84201-0038 | 2014 941 | Disputed | 10,861.41 |
| KEANE, REESE, VESELY, GERDES<br>770 SECOND AVENUE SOUTH<br>PO BOX 57<br>Saint Petersburg, FL 33701 | KEANE, REESE, VESELY, GERDES<br>770 SECOND AVENUE SOUTH<br>PO BOX 57<br>Saint Petersburg, FL 33701 | Attorney Fees | | 13,318.98 |
| Nissan Motor Acceptance Corp<br>Bankruptcy Department<br>P O Box 660366<br>Dallas, TX 75266-0366 | Nissan Motor Acceptance Corp<br>Bankruptcy Department<br>P O Box 660366<br>Dallas, TX 75266-0366 | 2013 Van | | 9,492.63<br><br>(Unknown secured) |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Print Harmony, LLC**  
_____  
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **People's Capital Leasing**<br>**255 Bank Street**<br>**Waterbury, CT 06702-2219** | **People's Capital Leasing**<br>**255 Bank Street**<br>**Waterbury, CT 06702-2219** | **Printing Press** | | 1,460,567.76<br><br>(Unknown secured) |
| **People's Capital Leasing**<br>**255 Bank Street**<br>**Waterbury, CT 06702-2219** | **People's Capital Leasing**<br>**255 Bank Street**<br>**Waterbury, CT 06702-2219** | **Kodak Plate Setter** | | 35,000.00<br><br>(Unknown secured) |
| **People's Capital Leasing**<br>**255 Bank Street**<br>**Waterbury, CT 06702-2219** | **People's Capital Leasing**<br>**255 Bank Street**<br>**Waterbury, CT 06702-2219** | **Polar Cutting Machine (4)** | | 131,944.52<br><br>(Unknown secured) |
| **Phillips, Cantor, Shalek Rubin & Pfister**<br>**4000 Hollywood Blvd**<br>**Suite 500N**<br>**Hollywood, FL 33021** | **Phillips, Cantor, Shalek Rubin & Pfister**<br>**4000 Hollywood Blvd**<br>**Hollywood, FL 33021** | **Contract** | | 55,000.00 |
| **RUBIN AUTOMOBILE BLVD.**<br>**C/O RUBIN REAL ESTATE**<br>**4592 ULMERTON ROAD #100**<br>**Clearwater, FL 33762** | **RUBIN AUTOMOBILE BLVD.**<br>**C/O RUBIN REAL ESTATE**<br>**4592 ULMERTON ROAD**<br>**Clearwater, FL 33762** | **Outstanding rents** | **Disputed** | 120,000.00 |
| **Toyota Financial Service**<br>**Dept 2431**<br>**Carol Stream, IL 60132-2431** | **Toyota Financial Service**<br>**Dept 2431**<br>**Carol Stream, IL 60132-2431** | **Forklift** | | 11,301.92<br><br>(Unknown secured) |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.
In re   **Print Harmony, LLC**                                                                                                    Case No.
                                          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date   **July 3, 2015**                                            Signature   **/s/ Jason Gabay**
                                                                              **Jason Gabay**
                                                                              **Managing Member**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.